UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-81373-COHN

GARFIELD SPENCE,

    Plaintiff,

vs.

SUPER STOP KIRK INC and
INVESTMENT BUILDERS OF FLORIDA, LTD.,

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendants SUPER STOP KIRK INC. and INVESTMENT BUILDERS OF FLORIDA, LTD. with Prejudice [D.E. # 15]. The Court has carefully considered the joint stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.    The Joint Stipulation to Approve Consent Decree and Dismiss Defendants SUPER STOP KIRK INC. and INVESTMENT BUILDERS OF FLORIDA, LTD. with Prejudice is hereby GRANTED.

2.    The Court hereby APPROVES the Consent Decree, and Defendants SUPER STOP KIRK INC. and INVESTMENT BUILDERS OF FLORIDA, LTD. are hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

DONE AND SIGNED in Chambers, at West Palm Beach, Florida this 18th day of November, 2015.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record